UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE APPLICATION OF PACIFIC INVESTMENT MANAGEMENT COMPANY LLC AND ANCHORAGE CAPITAL GROUP, LLC FOR AN ORDER TO TAKE DISCOVERY FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782 | **ORDER**<br>18 Misc. 127 (ER) |

Ramos, D.J.:

The parties are hereby ORDERED to file a joint status report by October 1, 2020. Failure to comply with this Order may result in sanctions, including dismissal for failure to prosecute. *See* Fed. R. Civ. P. 41.

SO ORDERED.

Dated:   September 1, 2020
         New York, New York

_____
Edgardo Ramos, U.S.D.J.